## Commonwealth v. Gunby, Appellant.

Submitted April 14, 1975. *Patrick T. Kiniry,* Assistant Public Defender, for appellant; *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Harris, Appellant.

Submitted June 16, 1975. *Franklin D. Green,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.